POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Marilyn Gund*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA BAYLOR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HONDA MOTOR CO., LTD., AMERICAN HONDA MOTOR COMPANY, INC., TOSHIHIRO MIBE, TAKAHIRO HACHIGO, and KOHEI TAKEUCHI,<br><br>Defendants. | Case No. 2:23-cv-00794-GW-AGR<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF MARILYN GUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL<br><br>DATE:  May 1, 2023<br>TIME:  8:30 a.m.<br>JUDGE:  George H. Wu<br>CTRM:  9D (1st Street Courthouse) |

DECLARATION - 2:23-CV-00794-GW-AGR

I, Jennifer Pafiti, hereby declare as follows:

1.  I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Marilyn Gund ("Gund"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Gund's motion for appointment as Lead Plaintiff for the Class and approval of his selection of Pomerantz as Lead Counsel for the Class in the above-captioned action (the "Action").

2.  Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:  Loss Chart of Gund;

Exhibit B:  Notice of pendency of the Action;

Exhibit C:  Shareholder Certification executed by Gund;

Exhibit D:  Declaration executed by Gund; and

Exhibit E:  Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 3, 2023 at Calabasas, California.


/s/ Jennifer Pafiti
Jennifer Pafiti

DECLARATION - 2:23-CV-00794-GW-AGR

1

CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


*/s/ Jennifer Pafiti*
Jennifer Pafiti