# EXHIBIT A

**Honda Motor Co., Ltd. (HMC)**
**Class Period: June 20, 2018 to September 28, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $23.1427 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Marilyn Gund | 6/15/2021 | 100 | $32.7900 | ($3,279) | | | | | | | |
| Marilyn Gund | 6/22/2021 | 35 | $31.7700 | ($1,112) | | | | | | | |
| Marilyn Gund | 7/19/2021 | 50 | $31.0000 | ($1,550) | | | | | | | |
| Marilyn Gund | 8/26/2021 | 100 | $29.5000 | ($2,950) | | | | | | | |
| **Marilyn Gund** | | **285** | | **($8,891)** | | **0** | | **$0** | **285** | **$6,596** | **($2,295)** |

*Avg Closing Prices from September 29, 2022 to December 27, 2022