# EXHIBIT B

Case 2:23-cv-00794-WLH-AGR   Document 14-2   Filed 04/03/23   Page 2 of 3   Page ID
#:198

# Pomerantz Law Firm Announces the Filing of a Class Action Against Honda Motor Co., Ltd. and Certain Officers - HMC

New York, New York--(Newsfile Corp. - February 2, 2023) - Pomerantz LLP announces that a class action lawsuit has been filed against Honda Motor Co., Ltd. (NYSE: HMC), and certain officers. The class action, filed in the United States District Court for the Central District of California, and docketed under 23-cv-00794, is on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Honda American Depository Shares ("ADSs") between June 20, 2018 and September 28, 2022, both dates inclusive (the "Class Period"), seeking to recover damages caused by Defendants' violations of the federal securities laws and to pursue remedies under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, against the Company and certain of its top officials.

If you are a shareholder who purchased or otherwise acquired Honda ADSs securities during the Class Period, you have until April 3, 2023 to ask the Court to appoint you as Lead Plaintiff for the class. A copy of the Complaint can be obtained at www.pomerantzlaw.com (https://api.newsfilecorp.com/redirect/WrZxeIGXnn). To discuss this action, contact Robert S. Willoughby at newaction@pomlaw.com (mailto:newaction@pomlaw.com) or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 7980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

[**Click here for information about joining the class action**] (https://api.newsfilecorp.com/redirect/q3ZBXhDqMa)

Honda is a multinational conglomerate manufacturer of automobiles, motorcycles and power equipment. The Company's U.S.-based operations are conducted through its North American subsidiary, American Honda Motor Company, Inc. ("American Honda").

Certain of Honda's vehicles-including the 2018-2020MY Honda Odyssey, 2016-2020MY Honda Pilot, 2019-2020MY Honda Passport, 2015-2020MY Acura TLX, and 2015-2020MY Acura MDX-include a so-called "Idle Stop" engine feature, purportedly to enhance fuel efficiency. In marketing these vehicles, Honda and/or its subsidiaries have highlighted the Idle Stop system's purported capacity to automatically shut off a vehicle's engine to save fuel when the vehicle brakes to a stop for at least two seconds-for example, at a traffic light-and to automatically restart the engine when the driver releases the vehicle's brake pedal.

The complaint alleges that, Throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and compliance policies. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Honda had overstated the safety and effectiveness of the Idle Stop engine feature; (ii) Honda maintained deficient disclosure controls and procedures with respect to product quality and safety; (iii) as a result of the foregoing deficiencies, Honda failed to prevent American Honda from marketing and selling thousands of vehicles that contained a defective Idle Stop feature; (iv) the foregoing conduct subjected the Company and/or its subsidiaries to a heightened risk of litigation, as well as financial and/or reputational harm; and (v) as a result, the Company's public statements were materially false and misleading at all relevant times.

On September 28, 2022, a putative class action was filed against American Honda alleging that it had sold thousands of vehicles-including the 2018-2020 Honda Odyssey, 2016-2020 Honda Pilot, 2019-2020 Honda Passport, 2015-2020 Acura TLX, and 2015-2020 Acura MDX-equipped with a flawed Idle Stop feature.[1] Per the allegations in the class action complaint, after initially shutting off a vehicle's engine, the Idle Stop system in the affected vehicles routinely fails to

Pomerantz Law Firm Announces the Filing of a Class Action Against Honda Motor Co. and Certain Officers - HMC

restart the engine as designed, leaving drivers unable to move their vehicles. The lawsuit further alleges that American Honda was fully aware of the defect before marketing the vehicles. [ *Cooper et al v. American Honda Motor Co., Inc.*, No. 1:22-cv-05299 (N.D. Ill.)]

On this news, Honda's ADS price fell $0.74 per share, or 3.23%, to close at $22.19 per ADS on September 29, 2022.

Pomerantz LLP, with offices in New York, Chicago, Los Angeles, London, Paris, and Tel Aviv, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, Pomerantz pioneered the field of securities class actions. Today, more than 85 years later, Pomerantz continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See www.pomlaw.com (https://api.newsfilecorp.com/redirect/nvZxwtX0jY).

**CONTACT:**
Robert S. Willoughby
Pomerantz LLP
rswilloughby@pomlaw.com (mailto:rswilloughby@pomlaw.com)
888-476-6529 ext. 7980



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/153494 (https://api.newsfilecorp.com/redirect/KJKXefx53Z)