**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com
Email: amccall@zlk.com

*Attorneys for Brian Clark*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA BAYLOR, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HONDA MOTOR CO., LTD., AMERICAN HONDA MOTOR COMPANY, INC., TOSHIHIRO MIBE, TAKAHIRO HACHIGO, and KOHEI TAKEUCHI,<br><br>Defendants. | No.: 2:23-cv-00794-GW-AGR<br><br>**SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN FURTHER SUPPORT OF BRIAN CLARK'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Judge: Hon. George H. Wu<br>Date: May 1, 2023<br>Time: 8:30 a.m.<br>Courtroom #9D |

SUPPLEMENTAL DECLARATION OF ADAM M. APTON
Case No. 2:23-cv-00794-GHW-AGR

I, ADAM M. APTON hereby declare that:

1.     I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant Brian Clark ("Mr. Clark"), and proposed Lead Counsel for the class.

2.     I make this Supplemental Declaration in further support of Mr. Clark's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.     On the evening of April 3, 2023, my office attempted to file Mr. Clark's moving papers by logging on to this District's ECF system, but encountered error messages when attempting to file the motion. These error messages were inadvertently triggered when attempting to file the motion under "Responses/Replies/Other Motion Related Documents" instead of a "Applications/Ex Parte Applications/Motions/Petitions/Requests." The error message read: "There are no applicable events to relate to the current event. Docketing of this event cannot continue."

4.     To complete the filing, Mr. Clark's motion was filed using the "Notices" event. This was incorrect and initially resulted in a "Notice to Filer of Deficiencies" stating that no action in response to the notice was necessary "unless and until the Court directs you to do so." ECF No. 16. Subsequently, the Court struck the motion from the docket. ECF No. 17. At that point, my office promptly corrected the filing. ECF No. 18.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: April 10, 2023                    /s/ Adam M. Apton
                                          Adam M. Apton

SUPPLEMENTAL DECLARATION OF ADAM M. APTON
Case No. 2:23-cv-00794-GHW-AGR
2

## CERTIFICATE OF SERVICE

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On April 10, 2023, I electronically filed the following **SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN FURTHER SUPPORT OF MOTION OF BRIAN CLARK FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 10, 2023.

*/s/ Adam M. Apton*
Adam M. Apton