```
 1                   UNITED STATES DISTRICT COURT

 2                  CENTRAL DISTRICT OF CALIFORNIA

 3                         WESTERN DIVISION

 4                              -oOo-

 5     HONORABLE GEORGE H. WU, UNITED STATES DISTRICT JUDGE

 6

 7  RHONDA BAYLOR, individually and
    on behalf of all others similarly
 8  situated,

 9                     Plaintiffs,

10       v.                                    No. 2:23-cv-00794-GW

11  HONDA MOTOR CO., LTD.; AMERICAN
    HONDA MOTOR COMPANY, INC.;
12  TOSHIHIRO MIBE; TAKAHIRO HACHIGO;
    and KOHEI TAKEUCHI,
13
                       Defendants.
14

15

16              REPORTER'S TRANSCRIPT OF PROCEEDINGS

17                    LOS ANGELES, CALIFORNIA

18                         MAY 1, 2023

19
    _____
20

21          SUZANNE M. McKENNON, CRR, RMR
              UNITED STATES COURT REPORTER
22
               UNITED STATES COURTHOUSE
23           350 W 1st STREET, ROOM 3411
             LOS ANGELES, CALIFORNIA 90012
24                 (213) 894-3913
                suzanne@ears2hands.com
25
```

```
 1   APPEARANCES:
 2
 3   On Behalf of the Plaintiff:
 4        ARI YALE BASSER, Attorney at Law
              Pomerantz LLP
 5            1100 Glendon Avenue, 15th Floor
              Los Angeles, California 90024
 6
 7
 8   On Behalf of the Movant Brian Clark:
 9        DEVYN RAE GLASS, Attorney at Law
              Levi and Korsinsky LLP
10            1111 Summer Street, Suite 403
              Stamford, Connecticut 06905
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1            (Proceedings commenced on May 1, 2023, at 8:55 a.m.)
 2            THE COURT:  Let me call the matter of Baylor versus
 3    Honda Motor Company.
 4        For the plaintiff we have?
 5            MR. BASSER:  Good morning, Your Honor.  Ari Basser
 6    attorney of Rhonda Baylor.
 7            THE COURT:  All right.
 8            MS. GLASS:  Good morning.  Devyn Glass on behalf of
 9    Plaintiff Movant Brian Clark.
10            THE COURT:  All right.  Where is your opponent?
11            THE COURTROOM DEPUTY:  I did not get an appearance
12    from the defendants, Judge.
13            THE COURT:  All right.
14            MR. BASSER:  Your Honor, the defendant, the corporate
15    defendants, we had success serving on April 24.  The individual
16    defendants, we did not have success serving.  Attempts were
17    made on April 24.  On two individual defendants that we had
18    what we believed to be correct addresses for, they were
19    incorrect.  We could not find an address for one individual
20    defendant.
21        Service attempts are continuing to be -- the efforts are
22    continuing.
23            THE COURT:  Well, let me just ask you this:  I
24    presume you served Honda Motor Company?
25            MR. BASSER:  We did.
```

```
 1              THE COURT:  Okay.  I presume all the other people are
 2   somehow related to Honda?
 3              MS. GLASS:  Yes.  They're the CEO, former CEO.
 4              THE COURT:  So, therefore, I presume that, if Honda
 5   Motor Company appears, which I presume it will, that their
 6   lawyers will represent all the other related defendants; is
 7   that correct?
 8              MR. BASSER:  That is presumably correct.
 9              THE COURTROOM DEPUTY:  Please use another microphone.
10              MR. BASSER:  That is presumably correct.  But in our
11   practice, we attempt to serve the individual defendants.
12              THE COURT:  No, I have no problem with that.  The
13   question is:  Am I going to wait for something?  You know, I am
14   sort of surprised that nobody from the defendant, you know, has
15   not appeared.
16       Let me just ask Javier.
17       (A discussion was held off the record.)
18              THE COURT:  Let me ask:  Do you have a contact number
19   for American Honda?  I presume somebody from -- an attorney
20   from their company contacted you by now.
21              MR. BASSER:  No, Your Honor, not at present.
22       And can I just add for the record that individual -- the
23   defendants don't generally have involvement at this stage of
24   the litigation.
25              THE COURT:  Yeah, but I just, you know --
```

1      MR. BASSER:  And they were on constructive notice of
2  the filing, so I am surprised --
3      THE COURT:  Let me put it this way.  I'm going to
4  continue this matter.  You have my tentative.  My tentative is
5  to grant.  I just don't want to have some sort of situation
6  later on where somebody is going to, you know, do something or
7  say something or squawk.
8      So what I'll do is this:  I'll continue this matter to the
9  8th of May.  And I want you to give notice specifically to
10 American Honda that I've continued to that date, and not that
11 they're required necessarily to show up but I thought they
12 would just -- it's a billing opportunity so I thought they
13 would take it, but apparently they haven't.  So I'll consider
14 it then.  And I do note, for the reasons I've stated, I will
15 tentatively grant the request.  Okay?
16     MR. BASSER:  Sure.  Can I just add, Your Honor,
17 respectfully, whether they show up or not, my understanding is
18 that they don't even have standing to object to the appointment
19 of Counsel in this particular situation.
20     THE COURT:  Yeah.  But even so, it's always nice to
21 hear from everyone.  Okay?  All right.
22     MR. BASSER:  Understood.  Thank you, Your Honor.
23     THE COURT:  Thank you.
24                          -oOo-
25

REPORTER'S CERTIFICATE

I certify that the foregoing is a correct transcript of proceedings in the above-entitled matter.

/s/ Suzanne M. McKennon, CSR, CRR, RMR
_____          Date:  05/05/2023
United States Court Reporter