**LEVI & KORSINSKY, LLP**

Adam M. Apton (SBN 316506)

aapton@zlk.com

445 South Figueroa Street, 31st Floor

Los Angeles, CA 90071

Tel.: (213) 985-7290

Fax: (212) 363-7171

*Attorneys for Lead Plaintiff*

*and Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHONDA BAYLOR, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> HONDA MOTOR CO., LTD., AMERICAN HONDA MOTOR COMPANY, INC., TOSHIHIRO MIBE, TAKAHIRO HACHIGO, and KOHEI TAKEUCHI, <br><br> Defendants. | No.: 2:23-cv-00794-WLH-AGR <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST INDIVIDUAL DEFENDANTS** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiff Brian Clark, by and through his undersigned counsel of record, hereby voluntarily dismisses the above-captioned action without prejudice solely against Defendants Toshihiro Mibe, Takahiro Hachigo, and Kohei Takeuchi (collectively, "Individual Defendants"). No defendant in this action has served an answer or motion for summary judgment.

Dated: May 22, 2023                    Respectfully Submitted,

                                       **LEVI & KORSINSKY, LLP**


                                        s/ Adam M. Apton
                                       Adam M. Apton (SBN 316506)
                                       aapton@zlk.com
                                       445 South Figueroa Street, 31st Floor
                                       Los Angeles, CA 90071
                                       Tel.: (213) 985-7290
                                       Fax: (212) 363-7171

                                       *Attorneys for Lead Plaintiff*
                                       *and Lead Counsel for the Class*