1  BRYAN A. MERRYMAN (SBN 134357)
   bmerryman@whitecase.com
2  WHITE & CASE LLP
   555 South Flower Street, Suite 2700
3  Los Angeles, CA  90071-2433
   Telephone:  (213) 620-7700
4  Facsimile:   (213) 452-2329

5  CHRISTOPHER M. CURRAN (*pro hac vice*)
   REUBEN J. SEQUEIRA (*pro hac vice*)
6  WHITE & CASE LLP
   701 Thirteenth Street, NW
7  Washington, DC  20005
   Telephone: (202) 626-3600
8  Facsimile:   (202) 639-9355
   ccurran@whitecase.com
9  rsequeira@whitecase.com

10 SUSAN L. GRACE (*pro hac vice*)
   WHITE & CASE LLP
11 1221 Avenue of the Americas
   New York, New York 10020
12 Telephone: (212) 819-8200
   Facsimile:   (212) 354-8113
13 susan.grace@whitecase.com

14 *Attorneys for Defendants*
   Honda Motor Co., Ltd. and
15 American Honda Motor Co., Inc.

16

17              **UNITED STATES DISTRICT COURT**

18            **CENTRAL DISTRICT OF CALIFORNIA**

19                   **WESTERN DIVISION**

20

21 RHONDA BAYLOR, Individually and        Case No. 2:23-cv-00794-WLH-AGR
   On Behalf of All Others Similarly
22 Situated,                             **NOTICE OF LODGING**

23           *Plaintiff,*
                                          Judge: Hon. Wesley L. Hsu
24      v.                                Courtroom: 9B

25 HONDA MOTOR CO., LTD. and
   AMERICAN HONDA MOTOR CO.,
26 INC.,

27           *Defendants*.

28

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to Local Rule 5-4.4.1 of the

3   United States District Court for the Central District of California and Rule 58 of the

4   Federal Rules of Civil Procedure, Defendants Honda Motor Co., Ltd. and

5   American Honda Motor Co., Inc. hereby lodge with the Court the attached proposed

6   Final Judgment.

7

8

9

10   Dated:  May 25, 2024                         Respectfully submitted,

11                                                WHITE & CASE LLP

12   CHRISTOPHER M. CURRAN                        By:  _/s/ Bryan. A. Merryman_
     (*pro hac vice*)                                   Bryan A. Merryman
13   REUBEN J. SEQUEIRA
     (*pro hac vice*)                             BRYAN A. MERRYMAN
14   WHITE & CASE LLP                             (SBN 134357)
     701 Thirteenth Street, NW                    bmerryman@whitecase.com
15   Washington, DC  20005                        WHITE & CASE LLP
     Telephone: (202) 626-3600                    555 South Flower Street, Suite 2700
16   Facsimile:  (202) 639-9355                   Los Angeles, CA  90071-2433
     ccurran@whitecase.com                        Telephone: (213) 620-7700
17   rsequeira@whitecase.com                      Facsimile:  (213) 452-2329

18   SUSAN L. GRACE (*pro hac vice*)
     WHITE & CASE LLP
19   1221 Avenue of the Americas
     New York, New York 10020
20   Telephone: (212) 819-8200
     Facsimile:  (212) 354-8113
21   susan.grace@whitecase.com

22   *Attorneys for Defendants*
     Honda Motor Co., Ltd. and
23   American Honda Motor Co., Inc.

24

25

26

27

28