1

2                                                          JS-6

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**

8                    **CENTRAL DISTRICT OF CALIFORNIA**

9                         **WESTERN DIVISION**

10

11   RHONDA BAYLOR, Individually and        Case No. 2:23-cv-00794-WLH-AGR
12   On Behalf of All Others Similarly
     Situated,                              CLASS ACTION
13
                                            **FINAL JUDGMENT**
14              *Plaintiff,*

15        v.

16
     HONDA MOTOR CO., LTD. and
17   AMERICAN HONDA MOTOR
     COMPANY, INC.,
18
19              *Defendants.*

20

21

22

23

24

25

26

27

28

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and this Court's prior Order Re Defendants' Motion to Dismiss Second Amended Complaint [86] (ECF No. 94), and all claims in the operative complaint (ECF No. 83) having been dismissed without leave to amend,

**IT IS ADJUDGED** that this action is dismissed in its entirety with prejudice, and that **FINAL JUDGMENT** is entered in favor of Defendants and against Plaintiffs.

Dated:  May 28, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2